**Opinion issued October 8, 2015**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-15-00720-CR

———————————

## IN RE RONALD LEE TRAHAN, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relator, Ronald Lee Trahan, has filed a petition for writ of mandamus requesting that we compel the Galveston County District Clerk to transmit to the trial court certain papers that relator contends relate to a motion for DNA testing.[*]

Our power to issue writs is defined in Section 22.221 of the Texas Government Code, which grants the courts of appeals the authority to issue (1)

---

[*] The underlying case is *State of Texas v. Ronald Lee Trahan*, cause number CR-X36166, pending in the 212th District Court of Galveston County, Texas, the Honorable Patricia Grady presiding.

writs of mandamus and other writs necessary to enforce their jurisdiction; (2) writs of mandamus against a judge of a district or county court in the court of appeals' district; and (3) writs of habeas corpus under specifically defined circumstances involving contempt orders in civil cases. *See* TEX. GOV'T CODE § 22.221 (West 2004). This court has mandamus jurisdiction over a district court clerk only when the district court clerk's actions interfere with this court's jurisdiction. *See id*.; *In re Smith*, 263 S.W.3d 93, 95 (Tex. App.—Houston [1st Dist.] 2006, orig. proceeding). Trahan has not established that the district court clerk's actions interfere with this court's jurisdiction or that a writ is necessary to enforce our jurisdiction. Accordingly, we dismiss the petition for lack of jurisdiction.

**PER CURIAM**

Panel consists of Justices Keyes, Massengale, and Lloyd.

Do not publish. TEX. R. APP. P. 47.2(b).